Brent H. Blakely (SBN 157292)
bblakely@blakelylawgroup.com
Cindy Chan (SBN 247495)
cchan@blakelylawgroup.com
BLAKELY LAW GROUP
1334 Parkview Avenue, Suite 280
Manhattan Beach, California 90266
Telephone: (310) 546-7400
Facsimile: (310) 546-7401

E-FILED: 7/21/2015

JS-6

*Attorneys for Plaintiff Chanel, Inc.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CHANEL, INC., a New York Corporation,

             Plaintiff,

      v.

ANDREW DAVON EVANS, an individual, and DOES 1-10, inclusive,

             Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

CASE NO. 2:14-cv-06039-PSG-MRW

**[PROPOSED] ORDER RE CONSENT JUDGMENT INCLUDING PERMANENT INJUNCTION AND VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE**

    **WHEREAS Plaintiff Chanel, Inc.** ("Chanel") having filed a Complaint in this action charging, inter alia, **Defendant Andrew Davon Evans** with Trademark Counterfeiting, Trademark Infringement, False Designations of Origin, Trademark Dilution, Unfair Competition, and related state law claims arising from Defendant's unauthorized manufacture, production, distribution, advertisement, offering for sale, and/or sale of apparel bearing unauthorized reproductions of the Chanel Marks ("Infringing Products").

    **WHEREAS** the parties have stipulated to the below consent judgment, **IT IS HEREBY ORDERED** that:

    1.    This Court has jurisdiction over the parties to this Final Consent Judgment and has jurisdiction over the subject matter hereof pursuant to 15 U.S.C. § 1121.

2.     Chanel is the owner of the entire right, title and interest in and to the "Chanel Marks" set forth below.

| Trademark | Registration No. | Registration Date | Class(es)/Goods |
|---|---|---|---|
|  | 1,501,898 | August 30, 1988 | Class 25: Blouses, Shoes, Belts, Scarves, Jackets, Men's Ties |
|  | 4,241,822 | November 13, 2012 | Class 25: Clothing, namely, coats, jackets, dresses, tops, blouses, sweaters, cardigans, skirts, vests, pants, jeans, belts, swim wear, pareos, beach cover-ups, hats, sun visors, scarves, shawls, ties, gloves, footwear, hosiery and socks. |
|  | 1,241,264 | June 7, 1983 | Class 25: Suits, Jackets, Skirts, Dresses, Pants, Blouses, Tunics, Sweaters, Cardigans, Tee-Shirts, Coats, Raincoats, Scarves, Shoes and Boots |
|  | 1,271,879 | March 27, 1984 | Class 25: Clothing-Namely, Coats, Dresses, Blouses, Raincoats, Suits, Skirts, Cardigans, Sweaters, Pants, Jackets, Blazers, and Shoes |
| CHANEL | 1,241,265 | June 7, 1983 | Class 25: Suits, Jackets, Skirts, Dresses, Pants, Blouses, Tunics, Sweaters, Cardigans, Coats, Raincoats, Scarves, Shoes and Boots |
| CHANEL  | 1,329,750 | April 9, 1985 | Class 25: Blouses, Shirts, Sweaters, Cardigans, Dresses |
| N°5 | 3,149,203 | September 26, 2006 | Class 14: Jewelry |
| N°5 | 1,171,888 | October 6, 1981 | Class 3: Perfume, Spray Perfume, Toilet Water, Bath powder, Body Lotion, Perfumed Body Cream, Toilet Soap |

| | | | |
|---|---|---|---|
| **5** | 1,569,109 | December 5, 1989 | Class 3: Perfume, Eau de Perfume, Eau de Toilette, Bath Oil, Soap, Bath Gel, Powder, Body Lotion, and Body Crème |
| **Nº 5** | 0,422,335 | July 16, 1946 | Class 3: Perfume, Toilet Water, and Bath Powder |
| **COCO** | 1,612,557 | September 11, 1990 | Class 3: Parfum, Eau De Toilette, Bath Gel, Powder, Body Lotion and Bath Soap |
| **COCO** | 1,464,184 | November 10, 1987 | Class 3: Body Crème and Eau de Parfum |
| **COCO** | 0,848,755 | May 7, 1968 | Class 3: Perfume |

3.      Judgment shall be entered in favor of Chanel in the amount of **$200,000.00** against Defendant with respect to Chanel's claims as set forth in the Complaint filed in the present action.

4.      Defendant and his agents, servants, employees and all entities and/or persons in active concert and participation with him who receive actual notice of this Final Consent Judgment are hereby permanently restrained and enjoined from infringing upon the Chanel Marks either directly or contributorily in any manner, including:

(a)      Manufacturing, purchasing, producing, distributing, circulating, selling, offering for sale, importing, exporting, advertising, promoting, displaying, shipping or marketing the Infringing Products as well as any goods bearing a mark or feature identical and/or confusingly similar to the Chanel Marks;

(b)      Delivering, holding for sale, returning, transferring or otherwise moving, storing or disposing in any manner the Infringing Products;

(c)      Using the Chanel Marks or any reproduction, counterfeit, copy or colorable imitation thereof in connection with the manufacture, importation, distribution, advertisement, offer for sale and/or sale of merchandise comprising not the genuine products of Chanel, or in any manner likely to cause others to believe that Defendants' products are connected with Chanel or Chanel's genuine merchandise;

1         (d)    Committing any other acts calculated to cause purchasers to believe

2 that Defendants' products are Chanel's genuine merchandise or associated with Chanel

3 in any way;

4         (e)    Assisting, aiding or attempting to assist or aid any other person or

5 entity in performing any of the prohibited activities referred to in Paragraphs 5(a) to

6 5(d) above.

7     5.    The parties shall bear their own costs and attorneys' fees associated with

8 this action.

9     6.    The execution of this Consent Judgment shall serve to bind and obligate

10 the parties hereto.

11     7.    The jurisdiction of this Court is retained for the purpose of making any

12 further orders necessary or proper for the construction or modification of this Final

13 Judgment, the enforcement thereof and the punishment of any violations thereof.

14 Except as otherwise provided herein, this action is fully resolved with prejudice.

15

16 **IT IS SO ORDERED.**

17

18 DATED:    7/20    _____, 2015        PHILIP S. GUTIERREZ

19                                                           Hon. Philip S. Gutierrez

                                                           **United States District Judge**

20

21

22

23

24

25

26

27

28